# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: BROWN, JENNIFER T. § | Case No. 13-80990 |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>JAMES E. STEVENS</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　U.S. Bankruptcy Court
　　Stanley J. Roszkowski U.S. Courthouse
　　327 South Church Street
　　Rockford, IL 61101

　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/11/2013 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

    Dated:  11/06/2013    By:  /s/JAMES E. STEVENS
                               Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BROWN, JENNIFER T.       § Case No. 13-80990
                                §
                                §
Debtor(s)                       §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,400.00 |
| *and approved disbursements of* | $ 30.00 |
| *leaving a balance on hand of* [1] | $ 4,370.00 |
| **Balance on hand:** | $ 4,370.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $  0.00
Remaining balance:   $  4,370.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,100.00 | 0.00 | 1,100.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 1,711.00 | 0.00 | 1,711.00 |

Total to be paid for chapter 7 administration expenses:   $  2,811.00
Remaining balance:   $  1,559.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $          0.00
Remaining balance:  $      1,559.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Lloyd Ericksen | 1,000.00 | 0.00 | 1,000.00 |

Total to be paid for priority claims:  $      1,000.00
Remaining balance:  $          559.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,719.91 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 366.71 | 0.00 | 26.55 |
| 3 | Autovest, L.L.C. | 7,353.20 | 0.00 | 532.45 |

Total to be paid for timely general unsecured claims:  $          559.00
Remaining balance:  $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 4,400.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Carolyn Brown | 4,400.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jennifer T. Brown  
  Debtor

Case No. 13-80990-TML  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3         User: kkrystave         Page 1 of 2         Date Rcvd: Nov 08, 2013  
                             Form ID: pdf006         Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2013.
```
db         +Jennifer T. Brown,    1931 Fremont Lane,    McHenry, IL 60051-6345
20227349    Alexian Brothers Medical Group,    PO Box 5588,    Belfast, ME 04915-5500
20283931   +Andrew J. Nelson,    PIERCE & ASSOCIATES, P.C.,    1 North Dearborn, Suite 1300,
             Chicago, Illinois 60602-4373
20227350   +Autovest LLC,    26261 Evergreen Rd,    Suite 390,    Southfield, MI 48076-7509
20899229    Autovest, L.L.C.,    P O Box 2247,    Southfield, MI 48037-2247
20584614    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
20227351    Capital One Bank (USA), N.A.,    P. O. Box 6492,    Carol Stream, IL 60197-6492
20227352   +Carolyn Brown,    1625 E. Dogwood Lane,    Mount Prospect, IL 60056-1519
20227353   +Freedman, Anselmo, Lindberg LLC,    1807 W. Diehl Road, Suite 333,    PO Box 3228,
             Naperville, IL 60566-3228
20227354    GCI, Inc.,    c/o Processing Center,    P.O. Box 6462,    Chicago, IL 60680-6462
20227355    Global Discovery Vacation Timeshare,    PO Box 5096,    Chicago, IL 60680-5096
20227356    HFC,    P.O. Box 17574,    Baltimore, MD 21297-1574
20227357    Hotelera Cancun,    Kukulcan KM 3.5 ZONA,    Mexico
20227359   +Lloyd Ericksen,    265 Wildmeadow Lane,    Woodstock, IL 60098-7624
20227361    Northshore University HealthSystem,    23056 Network Place,    Chicago, IL 60673-1230
20227366   +Northshore Womens Health Assoc.,    767 Park Avenue West 240,    Highland Park, IL 60035-2471
20227367    Santander Consumer USA,    PO Box 660633,    Dallas, TX 75266-0633
20227368   +Smile Maker Dental Center,    3074 W. Route 60,    Mundelein, IL 60060-4270
20227369   +TCF Bank,    c/o Professional Account MGM,    633 W. Wisconsin Avenue,    Milwaukee, WI 53203-1918
20227370    Townes of Apple Creek Estates,    PO Box 661126,    Chicago, IL 60666-1126
20227371    Universal Fidelity LP,    P.O. Box 941911,    Houston, TX 77094-8911
20227372    Universal Fidelity, LP,    P.O. Box 219785,    Houston, TX 77218-9785
20227373   +Van Ru Credit Corporation,    1350 E. Touhy Avenue,    Suite 100E,    Des Plaines, IL 60018-3337
20227378    WF Retail & Credit,    PO Box 14517,    Des Moines, IA 50306-3517
20227375    Wells Fargo Auto,    PO BOX 29704,    Phoenix, AZ 85038-9704
20282484   +Wells Fargo Bank, N.A.,    C/O,    Pierce & Associates,    1 N. Dearborn Ste 1300,
             Chicago, IL 60602-4373
20227376   +Wells Fargo Financial, Inc.,    800 Walnut Street,    Des Moines, IA 50309-3891
20227377    Wells Fargo Home Mortgage,    PO Box 5296,    Carol Stream, IL 60197-5296
20227379   +William H. Hunter,    29 S. LaSalle Street, Suite 950,    Chicago, IL 60603-1527
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20227358       E-mail/Text: ebnsterling@weltman.com Nov 09 2013 00:38:10     Kay Jewelers,    P. O. Box 740425,
               Cincinnati, OH 45274-0425
                                                                                             TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20227360*     +Lloyd Ericksen,    265 Wildmeadow Lane,    Woodstock, IL 60098-7624
20227362*      Northshore University HealthSystem,     23056 Network Place,    Chicago, IL 60673-1230
20227363*      Northshore University HealthSystem,     23056 Network Place,    Chicago, IL 60673-1230
20227364*      Northshore University HealthSystem,     23056 Network Place,    Chicago, IL 60673-1230
20227365*      Northshore University HealthSystem,     23056 Network Place,    Chicago, IL 60673-1230
20227374*     +Van Ru Credit Corporation,    1350 E. Touhy Avenue,    Suite 100E,    Des Plaines, IL 60018-3337
                                                                                 TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2013                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2013 at the address(es) listed below:
```
              Adam J Diamond    on behalf of Debtor Jennifer T. Brown adam@dlfirm.com
              Andrew J Nelson    on behalf of Creditor  Wells Fargo Bank, N.A. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Carole J. Ryczek    on behalf of Trustee James E Stevens carole.ryczek@usdoj.gov
              James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
```

Case 13-80990    Doc 35    Filed 11/08/13    Entered 11/10/13 23:37:27    Desc Imaged
Certificate of Notice    Page 7 of 7

```
District/off: 0752-3          User: kkrystave             Page 2 of 2            Date Rcvd: Nov 08, 2013
                              Form ID: pdf006             Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Toni Dillon    on behalf of Creditor    Wells Fargo Bank, N.A. tdillon@atty-pierce.com, northerndistrict@atty-pierce.com
                                                                                                     TOTAL: 7

Case 13-80990    Doc 35    Filed 11/08/13    Entered 11/10/13 23:37:27    Desc Imaged
Certificate of Notice    Page 7 of 7